

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-21-00209-CR

**IN RE** Regino **PALACIOS**, Relator

Original Proceeding[1]

**ORDER**

Relator's petition for writ of mandamus and motion for an extension are DENIED.

It is so **ORDERED** on June 2, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2000CRP000661D1 pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.